UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>――――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CINDY WETMORE,<br><br>　　　　　　　　　Defendant. | NO: CV-12-633-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80121-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT CINDY WETMORE |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation for entry of Default Judgment against Defendant Cindy Wetmore, BK ECF No. 72 and DC ECF No. 15. Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT CINDY WETMORE ~ 1

1  pursuant to the entry of an Order of Default in the Bankruptcy Court on July

2  September 17, 2013 at BK ECF No. 65, this Court hereby **ADOPTS** the Bankruptcy

3  Court's Report and Recommendation, **ECF No. 15**, **with a correction to the**

4  **amount of transfers made more than four years prior to the Petition Filing Date,**

5  **ECF No. 15 at 3, from $146.625.00 to $146.623.00**, and shall enter judgment

6  accordingly.

7      **IT IS SO ORDERED**.

8      The District Court Clerk is hereby directed to enter this Order and to provide

9  copies to counsel, Defendant, and to Judge Frederick P. Corbit.

10     **DATED** this 10th day of December 2013.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge