UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CINDY WETMORE,<br><br>　　　　　　　　Defendant. | NO:  CV-12-633-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80121-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANT CINDY WETMORE |

**JUDGMENT SUMMARY**

Judgment Creditor:　　　　Plaintiff Bruce P. Kriegman

Attorneys for
Judgment Creditor:　　　　Witherspoon Kelley

Judgment Debtors:　　　　Cindy Wetmore

DEFAULT JUDGMENT AGAINST DEFENDANT CINDY WETMORE ~ 1

| | | |
|---|---|---|
| Attorney for Judgment Creditor: | None | |
| Amount of Judgment: | $545,160.76 CAD | |
| | $       250.00 USD | |
| Interest Owed to Date Of Judgment: | $ 0.00 | |
| Interest Rate: | 0.11% per annum | |

## JUDGMENT

The Court, having previously entered an Order Adopting the Bankruptcy Court's Report and Recommendation and Order of Default against Defendant Cindy Wetmore, ECF Nos. 17, and being fully apprised in the premises, **HEREBY ORDERS , ADJUDGES, AND DECREES** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant Cindy Wetmore as follows:

1. Monetary Judgment in the amount of $545,160.76 CAD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $398,537.76 CAD, including $130,000.00 in commissions, made to Defendant within four years prior to the Petition Filing Date are hereby avoided, and Plaintiff may take all necessary action to preserve the same pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3.  Transfers in the amount of $146,623.00 CAD made to Defendant more than four years prior to the Petition Filing Date are hereby avoided, and Plaintiff may take all necessary action to preserve the same pursuant to 11 U.S.C. §§ 544, 550, and 551 and RCW 19.40.041(1) and 19.40.071;

4.  All said transfers to Defendant Cindy Wetmore are hereby set aside, and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Cindy Wetmore for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

5.  All proofs of claim of Defendant Cindy Wetmore which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Cindy Wetmore, or her affiliated entities, against the Debtor's estate in this bankruptcy or related bankruptcy proceedings are hereby disallowed and subordinated to the monetary judgment granted herein, and Defendant Cindy Wetmore shall not be entitled to collect on her14 proof of claim (Claim No. 677-1) until the monetary judgment is satisfied by Defendant Cindy Wetmore in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

6.  A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

7.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of $545,160.76 CAD, plus $250.00 USD, which shall

DEFAULT JUDGMENT AGAINST DEFENDANT CINDY WETMORE ~ 3

1  bear interest equal to the weekly average of one-year constant maturity (nominal)

2  treasury yield as published by the Federal Reserve System.

3  **IT IS SO ORDERED**.

4  The District Court Clerk is directed to enter this Judgment and provide

5  copies to counsel, Defendant, and Judge Frederick P. Corbit, **and close this case**.

6  **DATED** this 10th day of December 2013.

7

8                                  *s/ Rosanna Malouf Peterson*
                                                ROSANNA MALOUF PETERSON

9                                         Chief United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

DEFAULT JUDGMENT AGAINST DEFENDANT CINDY WETMORE ~ 4